To the US District Court for Oregon

Benjamin Barber          Case no 18cv00059
vs                       Motion to reconsider
Pat Garrett              or injunction

Plaintiff is unable to file A New Habeas Corpus, because the Washington County Jail has told him he lacks funds in his inmate balance, and so he can't be able to photocopy or send the required forms. Therefore the Plaintiff seeks assistance to either reactivate this case with appointment of Counsel from the federal public Defenders, or to issue an order to require assistance with access to the Court. I have attempted to exhaust the grievance system, but the last level of grievance hasn't been responded to in 10 days, but typically undersheriff Mori responds with a canned response that it was already denied and he is closing the appeal. So I seek relief so I can try to file Habeas Corpus in federal court.

Date 09-30-18                    Ben Barber

NAME Benjamin Barber
WASHINGTON COUNTY JAIL
215 SW ADAMS MS32R2
HILLSBORO, OREGON 97123-3874
BOOKING # 17-07936

RECVD 04 OCT '18 10:41 USDC-ORE

United States Courthouse
Judge McShane
405 E Eighth Ave Suite 2100
Eugene, OR 97401